## 26011. WALTON *v.* THE STATE.

BROYLES, C. J. The accused was charged with the offense of involuntary manslaughter while engaged in the commission of certain particularized unlawful acts in the operation of an automobile. The evidence, while in sharp conflict, authorized the verdict of guilty; and none of the grounds of the motion for new trial shows cause for a reversal of the judgment. The refusal to grant a new trial was not error.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED FEBRUARY 20, 1937.

*J. Emmett Baird,* for plaintiff in error.

*John A. Boykin,* solicitor-general, *J. W. LeCraw, E. E. Andrews,* contra.